720 A.2d 762

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Anthony Undray ATWOOD, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 17, 1998.

Decided Dec. 8, 1998.

John Woodcock, Jr., Hollidaysburg, Anthony Undray Atwood.

Christian A. Fisanick, David J. Tulowitzki, Barnesboro, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

**AND NOW**, this 8th day of December, 1998, the appeal is dismissed as having been improvidently granted.